STATE of Missouri, Plaintiff/Respondent,

v.

Barry MURPHY, Defendant/Appellant.

Barry Carlton Murphy BAY,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 65000, 66992.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 1995.

**416**

Elizabeth R. Haines, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David J. Hanson, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

PER CURIAM.

In this jury-tried case, defendant was convicted of distributing a controlled substance within 1000 feet of a school in violation of § 195.214, RSMo 1994. The trial court sentenced him as a prior and persistent offender to fifteen years. Thereafter, defendant filed a Rule 29.15 motion which was denied without an evidentiary hearing. He appeals.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

N. Scott Rosenblum, Ramona L. Marten, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.